**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Sherbrooke Turf, Inc., a Minnesota corporation,

Plaintiff,

vs.

Minnesota Department of Transportation, and Elwyn Tinklenberg, in his capacity as the Minnesota Commissioner of Transportation,

Defendants.

Civil File No. 00-CV-1026 (JMR/RLE)

**ORDER**

The above-captioned matter came on for hearing before the Honorable James M. Rosenbaum on April 25th, 2000, at the United States Courthouse in Minneapolis, Minnesota, on the Defendants' motion to dismiss Plaintiff's Complaint and for other relief.

Based upon the files, records, arguments of counsel and all the proceedings herein, the Court makes the following

**ORDER**

1. The Court certifies to the United States Attorney General the fact that this action draws into question the constitutionality of an Act of Congress affecting the public interest and shall permit the United States to intervene under 28 U.S.C. sec. 2403.

Dated: April 25, 2000

JAMES M. ROSENBAUM
Judge of U.S. District Court

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

AG: 377329.v. 01