UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

| | | |
|---|---|---|
| Sherbrooke Turf<br><br>v.<br><br>Minnesota Department of Transportation and Elwyn Tinklenberg, in his capacity as the Minnesota Commissioner of Transportation | ) | ORDER |

The United States, the U.S. Department of Transportation, and the Federal Highway Administration seek to intervene as defendants in this action, pursuant to Federal Rules of Civil Procedure 24(a)(1) and 28 U.S.C. § 2403. Based on the files, records, and proceedings herein, IT IS ORDERED that:

The motion to intervene as defendants [Docket No. 11] is granted.

Dated: May 15th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED MAY 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK