UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

May 30, 2000

To: Mr. Thomas R. Olson
Ms. Kristine A. Kubes
Ms. Kimberly P. Anderson
Olson Law Office
26 E. Exchange
Suite 220
St. Paul, MN 55101

**LETTER ORDER**

Re: Sherbrooke Turf, Inc., et al. v.
Minn. DOT, et al.
Civ. No. 00-1026 (JMR/RLE)

Dear Counsel:

On May 16, 2000, you filed a Motion to Amend Complaint in the above-entitled action. The above pleading has been stricken because you are in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motion [Docket No. 17].**

Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Lynn A. Zentner
Richard S. Ugelow/Jay D. Adelstein
Byron Todd Jones
Nancy E. McFadden/Paul M. Geier
Joseph P. Lally

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________