UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

| | | |
|---|---|---|
| Sherbrooke Turf, Inc. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Minnesota Department of | ) | ORDER |
| Transportation et al. | ) | |

Plaintiff seeks leave to amend the complaint to add additional factual allegations. Based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Plaintiff's motion to amend the complaint is granted.

2. Plaintiff shall file the amended complaint with the Court by June 14, 2000.

Dated: May 31st, 2000

JAMES M. ROSENBAUM
United States District Judge

JUN 1 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK