original

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| SHERBROOKE TURF, INC., a Minnesota corporation, | * | |
| Plaintiff, | * | |
| vs. | * | Court File No.: 00-CV-1026 JMR/RLE |
| MINNESOTA DEPARTMENT OF TRANSPORTATION; and ELWYN TINKLENBERG, in his capacity as the Minnesota Commissioner of Transportation, | * | |
| Defendants, | * | |
| and UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF TRANSPORTATION; and FEDERAL HIGHWAY ADMINISTRATION | * | |
| Defendants and Intervenors. | * | |

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

Plaintiff Sherbrooke Turf, Inc., filed a Motion in the above-entitled matter for leave to amend its Complaint. Defendants and Intervenors do not oppose the Motion.

Based upon the files and pleadings on record in the above-captioned matter, and considering Plaintiff's Motion for Leave to Amend its Complaint pursuant to Fed. R. Civ. P. 15(a) and Memorandum of Law in Support thereof,



FILED AUG 2 8 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**THE COURT HEREBY ORDERS:**

1) Plaintiff's Motion for Leave to Amend its Complaint is granted.

2) Plaintiff is granted leave to file and serve its Second Amended Complaint in the above-entitled action.

DATED this 28th day of August, 2000.

BY THE COURT:

Raymond L. Erickson

Magistrate Raymond L. Erickson
United States District Court
for the District of Minnesota

\\Shannon\shared\WP51\TRO\Sherbrooke Turf\MS\TEA-21 Challenge\Motions\Amend Complaint\Second Amendment to Complaint\Order Granting Leave to Amend.wpd