UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

ERRATA

* * * * * * * * * * * * * * * * * * *

Sherbrooke Turf, Inc., a Minnesota corporation,

Plaintiff,

vs.

Minnesota Department of Transportation and Elwyn Tinklenberg, in his capacity as the Minnesota Commissioner of Transportation,

Defendants,

and

United States of America, U.S. Department of Transportation, and Federal Highway Administration,

Intervenor-Defendants. Civ. No. 00-1026 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of January, 2001.

* * *

The Court hereby amends its Minute Order of December 28, 2000, as follows. On page two, we stated:

FILED JAN 05 2001
FRANCIS E. ...
JUDGMENT ENTD ______
DEPUTY CLERK SEA

> As such, the Plaintiff's Motion to extend the deadlines contained in our Amended Pretrial Order of December 1, 2000 is granted, in order to extend the deadline for the Plaintiff's expert disclosures to February 9, 2000.

This sentence shall be amended to read:

> As such, the Plaintiff's Motion to extend the deadlines contained in our Amended Pretrial Order of December 1, 2000 is granted, in order to extend the deadline for the Plaintiff's expert disclosures to February 9, 200**1**.

Further, on page 4 we stated:

> That the Plaintiff's Informal Motion to Amend the Amended Pretrial Scheduling Order is GRANTED, and the Plaintiff shall have until February 1, 2001, in which to disclose its expert reports.

This sentence shall be amended to read:

> That the Plaintiff's Informal Motion to Amend the Amended Pretrial Scheduling Order is GRANTED, and the Plaintiff shall have until February **9**, 2001, in which to disclose its expert reports.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE