UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

MINUTE ORDER

* * * * * * * * * * * * * * * * * * *

Sherbrooke Turf, Inc., a
Minnesota corporation,

Plaintiff,

vs.

Minnesota Department of
Transportation and Elwyn
Tinklenberg, in his capacity
as the Minnesota Commissioner
of Transportation,

Defendants,

and

United States of America,
U.S. Department of
Transportation, and Federal
Highway Administration,

Intervenor-
Defendants. Civ. No. 00-1026 (JMR/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of January, 2001.

* * *

On January 29, 2001, the Court heard argument on the Plaintiff's informal Motion to extend the Plaintiff's expert disclosure date so as to allow the taking of the depositions of two consul-

FILED JAN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(52)

tants of the State Defendants. For these purposes, the Plaintiff appeared by Kimberly P. Anderson, Esq.; the Federal Defendants appeared by Jay D. Adelstein, United States Department of Justice; and the State Defendants appeared by Jeffrey S. Thompson, Assistant Minnesota Attorney General.

One deposition is scheduled to be taken during the week of February 12, 2001, and the scheduling of the other deposition pends a resolution of a third-party subpoena that was issued in a foreign jurisdiction. The Defendants do not oppose the Motion, but express concern about how any further extension of the Plaintiff's expert disclosure date will impact upon their pending Motion for Summary Judgment. As we expressed at the close of the Hearing, we are not inclined to indefinitely extend the expert disclosure deadlines in this case, but will modestly accommodate the one scheduled deposition.

Currently, the Plaintiff's expert disclosures are due on February 9, 2001 -- before the date of the one scheduled deposition. Accordingly, we will extend the Plaintiff's disclosure deadline to February 16, 2001. As had been the case previously, following the Plaintiff's expert disclosures, the Defendants shall promptly advise the Court of their interest in developing responsive expert opinion evidence. If such evidence is deemed warranted by the

Defendants, then they shall be allowed an adequate opportunity to prepare and disclose such responsive expert opinion evidence.

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's expert disclosure deadline is extended from February 9, 2001, to **February 16, 2001.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE