UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

| | | |
|---|---|---|
| Sherbrooke Turf, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Minnesota Department of Transportation et al. | ) | |

Plaintiff's initial complaint alleged loss of state contracts due to the federal affirmative action program challenged in this case. Subsequent discovery revealed that allegation to be incorrect. Precedent requires that plaintiff may demonstrate standing to seek relief even without the loss of a contract, if it can demonstrate a denial of equal treatment in the pursuit of a contract. Northeastern Florida Chapter of the Associated General Contractors of America v. City of Jacksonville, 508 U.S. 656, 666 (1993). Accordingly, the Court grants plaintiff leave to amend its complaint to specify the facts necessary to support standing.

In particular, the Court suggests plaintiff address any alteration in its bidding practice, the types of contracts it bids on, or its relationship with prime contractors that might support its allegation of unequal treatment under the TEA-21 program implemented by Minnesota. In addition, plaintiff should include any factual support for the contention that it has in the past or will in the future compete against a Disadvantaged Business Enterprise in its pursuit of contracts.

APR - 9 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Accordingly, IT IS ORDERED that:

1. Plaintiff shall amend its complaint with specific allegations supporting its standing to seek relief in this matter.

2. Plaintiff shall file the amended complaint with the Court by April 20, 2001.

Dated: April 6th, 2001

JAMES M. ROSENBAUM
United States District Judge