UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

Sherbrooke Turf, Inc. )
)
v. )
)
Minnesota Department of ) ORDER
Transportation et al. )

Plaintiff's initial complaint alleged the loss of state contracts due to the federal affirmative action program challenged in this case. Following discovery, plaintiff retracted that allegation as mistaken. Defendants then moved to dismiss for lack of standing. Plaintiff opposed the motion, contending a denial of equal treatment in the pursuit of a contract was sufficient to confer standing.

The Court, after hearing argument on the matter, ordered plaintiff to amend its complaint to detail the alleged unequal treatment. Plaintiff then discovered two contracts it alleges it lost as a result of the TEA-21 program it challenges. The loss of a contract presents the necessary injury in fact to maintain standing. Accordingly, IT IS ORDERED that:

Defendants' motion to dismiss for lack of standing [Docket No. 65] is denied.

Dated: May 2nd, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED MAY 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______