UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

Sherbrooke Turf, Inc. )
)
v. )
)
Minnesota Department of ) ORDER
Transportation et al. )

Defendant moves to strike plaintiff's expert report, claiming it fails the test set forth in Rule 702 of the Federal Rules of Evidence. The Court heard oral argument on May 22, 2001. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

Defendant's motion to strike the expert report of George La Noue is granted in part and denied in part.

Dated: June 7th, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED JUN 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK