UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

Sherbrooke Turf, Inc. )
)
v. )
)
Minnesota Department of ) ORDER
Transportation et al. )

This matter is before the Court on plaintiff's motion to supplement the record on the pending cross-motions for summary judgment, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7.1. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Plaintiff's motion to supplement the record is denied.

Dated: September 13th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS