UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1026(JMR/RLE)

Sherbrooke Turf, Inc. )
)
v. )
)
Minnesota Department of ) ORDER
Transportation et al. )

This matter is before the Court on plaintiff's motion pursuant to Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend judgment. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Plaintiff's motion to alter or amend judgment is denied.

Dated: ~~December~~ January 4th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________