1770331

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

00-1026
JMR/RLE

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 17, 2004

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
MAY 21 2004
MICHAEL GANS
CLERK OF COURT

Re: Sherbrooke Turf, Inc.
v. Minnesota Department of Transportation, et al.
No. 03-968
(Your No. 02-1665)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
MAY 2? 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
MAY 28 2004
U.S. DISTRICT COURT MPLS

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: May 25, 2004

RE: 02-1665 Sherbrooke Turf vs. MN Dept. of Trans.

Supreme Court No. 03-968
District Court/Agency Case Number(s): CIV 00-1026 JMR/RLE

---

The petition for a writ of certiorari was filed on December 31, 2003. Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
dmh